**JAMES E. JOHNSON**
*Corporation Counsel*



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**PETER W. BROCKER**
*Assistant Corporation Counsel*
*Phone: (212) 356-2332*
*Fax: (212) 356-3509*
*pbrocker@law.nyc.gov*

January 13, 2021

**BY ECF**
Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Esmeralda Rodriguez v. City of New York, et al.</u>
              20 Civ. 4626 (CM)

Your Honor:

    I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants the City of New York ("City"), Police Officer Shanee Hansler and Police Officer David Callan in the above-referenced matter. I write on behalf of all parties in that matter to inform the Court that the parties have reached a settlement in principle. The parties will file a stipulation of discontinuance as soon as practicable.

    Respectfully submitted,

    *Peter W. Brocker /s//*

    Peter W. Brocker
    *Assistant Corporation Counsel*

cc:    All Attorneys of Record (Via ECF)