UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

ESMERALDA RODRIGUEZ,

                                Plaintiff,

-against-

The CITY OF NEW YORK, DETECTIVE FABIO NUNEZ,
POLICE OFFICER SHANEE HANSLER, POLICE OFFICER
DAVID CALLAN, and POLICE OFFICERS JOHN DOES 1-
5, in their individual and official capacities,

                                Defendants.
--------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

20 Civ. 4626 (CM)

        WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
January 20, 2021

CYRUS JOUBIN, ESQ.
*Attorneys for Plaintiff*
43 West 43rd Street, Suite 119
New York, NY 10036
(703) 851-2467

By: _____
Cyrus Joubin
*Attorney for Plaintiff*

KARASYK & MOSCHELLA, LLP
*Attorneys for Defendant Nunez*
233 Broadway, Suite 2340
New York, NY 10279
(212) 233-3800

By: _____
James M. Moschella

JAMES E. JOHNSON
Corporation Counsel of the
 City of New York
*Attorney for Defendant City of New York,
 Officer Hansler and Officer Callan*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Joseph Zangrilli
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

Dated: _____, 2021

2